UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>15 CRAVEN TERRACE<br>DERRY, NH 03038 | Case No. 1:21-mj-74-01-AJ<br><br>Filed Under Seal – Level II |

MOTION TO SEAL AT LEVEL II: ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 90 days, expiring on June 17, 2021.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger a witness. Specifically, the supporting affidavit contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

This motion is not intended to preclude the executing officer from serving a copy of the warrant and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

Respectfully submitted,

JOHN J. FARLEY
ACTING UNITED STATES ATTORNEY

Dated: March 17, 2021   By: /s/ Charles L. Rombeau
Charles L. Rombeau
U.S. Attorney's Office
James C. Cleveland Federal Bldg
53 Pleasant St., 4th Floor
Concord, NH   03301
(603) 225-1552
charles.rombeau@usdoj.gov

Motion:   ☒ Granted   ☐ Denied

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: **Mar 17, 2021**